IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORENE FARMA<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TATE & KIRLIN ASSOCIATES<br>　　　　　　　Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO.   15-cv-3504(SD) |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

　　Kindly dismiss the above matter pursuant to Local Rule 41.1(b).


Date:  9/22/15　　　　　　　　　　　　　　　　　/s/ Andrew M. Milz
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　**FLITTER LORENZ, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　　　　　(610) 668-0018